*1054 526 U. S. 1144; 526 U.S. 1067; 526 U. S. 1130; 526 U. S. 1113; 526 U. S. 1132; 526 U. S. 1132; 526 U. S. 1117; 526 U. S. 1071; 526 U. S. 1118; 526 U. S. 1118; 526 U. S. 1118; 526 U. S. 1100; 526 U. S. 1119; 526 U. S. 1120; 526 U. S. 1121; 526 U.S. 1102; 526 U. S. 1122; 526 U. S. 1122; 526 U. S. 1162; ante, p. 1007; *1055 ante, p. 1007; 526 U. S. 1129; ante, p. 1009; 526 U. S. 1163; 526 U. S. 1138; 526 U. S. 1138; 526 U. S. 1163; 526 U. S. 1153; and ante, p. 1012.
No. 98-8884.
No. 98-8905.
No. 98-8957.
No. 98-8962.
No. 98-8974.
No. 98-8996.
No. 98-9128.
No. 98-9139.
No. 98-9367.
Petitions for rehearing denied.